# IN THE SUPREME COURT OF THE STATE OF NEVADA

RENE SHERIDAN,
                Appellant,

vs.

JOSEPH A. GUTIERREZ, ESQ.;
STEVEN G. KNAUSS, ESQ.; JASON R.
MAIER, ESQ.; AND MAIER
GUTIERREZ & ASSOCIATES,
                Respondents.

No. 84818

FILED

JUN 10 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order, entered in consolidated cases, deconsolidating the cases, statistically closing case A-20-813635-C, and directing that all future documents be filed in case A-21-838187-C. Eighth Judicial District Court, Clark County; Susan Johnson, Judge. Review of the notice of appeal and other documents before this court reveals a jurisdictional defect. The challenged order is not substantively appealable. Specifically, no statute or court rule allows an appeal from a post-judgment[1] or interlocutory order deconsolidating cases, statistically closing a case, and directing that all future documents be filed in another case.[2] *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345-47, 301 P.3d 850, 851-53 (2013) (stating that this court "may only consider appeals authorized by statute or court rule" and discussing the appealability of an

---

[1]An order dismissing case A-20-813635-C was entered in the district court on July 28, 2020.

[2]Although appellant indicates in her case appeal statement that the order also denies her motion and counter-motion for sanctions, the order does not address any request for sanctions.

22-18504

order statistically closing a case).  Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.[3]

_____ , J.
Silver

_____ , J.                    _____ , J.
Cadish                                              Pickering

cc:    Hon. Susan Johnson, District Judge
       Rene Sheridan
       Lipson Neilson P.C.
       Eighth District Court Clerk

---

[3]Given this dismissal, this court takes no action in regard to the motion filed on June 10, 2022.